# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 13-33168 |
| Willie Joe Smith, Sr. } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on November 22, 2013.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee.

3. The debtor(s) has made a payment since the Trustee's Motion To Dismiss however, we have been unable to contact the debtor and would like to request more time to do so.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 22 day of August, 2016.

/s/ Richard D. Shinbaum
ASB-8638-B54R

*Attorney for Debtor*:
Richard D. Shinbaum Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 22 day of August, 2016.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

/s/ Richard D. Shinbaum
ASB-8638-B54R